IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DARLENE MALDONADO and
ANGEL MALDONADO,

Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY.

Defendant.

---

**ENTRY OF APPEARANCE BY RICHARD A. ORONA ON BEHALF OF DEFENDANT ALLSTATE**

---

Richard A. Orona of the law firm of Harris, Karstaedt, Jamison & Powers, P.C., hereby enters his appearance as counsel for Defendant ALLSTATE INSURANCE COMPANY (hereinafter "Allstate")(incorrectly identified as "Allstate Fire and Casualty Insurance Company"), in the above-entitled action.

DATED this 16th day of June, 2010.

Respectfully submitted,

s/ Richard A. Orona
Richard A. Orona, #35299
Harris, Karstaedt, Jamison & Powers, P.C.
188 Inverness Drive West, Suite 300
Englewood, Colorado  80112-5816

                (720) 875-9140
                Email:  rorona@hkjp.com
                ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF MAILING

  I hereby certify that on this 16th day of June, 2010, a true and correct copy of the foregoing **ENTRY OF APPEARANCE BY RICHARD A. ORONA ON BEHALF OF DEFENDANT ALLSTATE** was placed in the United States Mail, postage prepaid, and/or served electronically *via* email addressed to the following:

Richard P. Ranson, Esq., #2481
Jason P. Kane, Esq., #33660
Amanda B. Janulis, Esq., #41397
Ranson & Kane, P.C.
3475 Briargate Blvd., Suite 201
Colorado Springs, CO 80920


                s/ Jeannie Abbiati