IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No.: 10-cv-01413-REB-KMT

DARLENE MALDONADO; and
ANGEL MALDONADO,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

## PLAINTIFFS' EXPERT DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(2)

---

Plaintiffs, Darlene Maldonado and Angel Maldonado ("Maldonados"), by and through counsel, Amanda Janulis, hereby make the following Expert Disclosures Pursuant to F.R.C.P. 26(a)(2):

**Retained Expert(s):**

    **Mark McAninch**, Full Spectrum Constructors, Inc., 1528 W. Carrizo Springs, Ave., Pueblo West, CO 81007.  719-647-9979 (office).

Mr. McAninch's company provided the initial estimate to repair the damage in Plaintiffs' home in January 2010, and updated said estimate in January 2011. Both estimates are attached as Exhibits 1 and 2. It is anticipated Mr. McAninch will testify consistent with the attached estimates and any deposition testimony.

In preparing his report/estimate, Mr. McAninch considered the condition of the home by performing a walkthrough(s) of the property in question.

Mr. McAninch's qualifications are outlined in the attached curriculum vitae, Exhibit 3. Mr. McAninch has not authored any publications in the last 10 years.

Mr. McAninch has not testified as an expert at trial or by deposition during the previous four (4) years.

Mr. McAninch charges $35 per hour for the report/estimate prepared and any testimony in this case.

Maldonados reserve the right to supplement this disclosure pursuant to F.R.C.P. 26(e).

DATED this 1st day of February, 2011.

Respectfully submitted,

/s/Amanda B. Janulis
Richard P. Ranson
Jason P. Kane
Amanda P. Janulis
RANSON & KANE, P.C.
3475 Briargate Blvd., Suite 201
Colorado Springs, CO 80920
Telephone: 719-593-2121
FAX: 719-593-1818
E-Mails:   ranson@ranson-kane.com
           jkane@ranson-kane.com
           ajanulis@ranson-kane.com
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __1st__ day of February, 2011, a true and correct copy of the foregoing **PLAINTIFFS' EXPERT DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(2)** was ☒ served on the following via PACER Electronic Case Filing / ☐ served on the following by placing in the U.S. Mail, postage prepaid and properly addressed as follows:

Richard A. Orona
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, CO 80112
Email: rorona@hkjp.com
*Attorneys for Defendant*

/s/Amanda Janulis
Amanda Janulis
RANSON & KANE, P.C.
3475 Briargate Blvd., Suite 201
Colorado Springs, CO 80920
Telephone: 719-593-2121
FAX: 719-593-1818
E-Mails: ajanulis@ranson-kane.com