IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01413-RBJ-KMT

DARLENE MALDONADO and
ANGEL MALDONADO,

Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY.

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

The Court, having first been duly advised of the parties' Stipulation for Dismissal with Prejudice of All Claims, hereby orders as follows:

The Stipulation for Dismissal with Prejudice of All Claims is GRANTED. All claims as alleged against Defendant, ALLSTATE INSURANCE COMPANY (incorrectly identified as ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY) and by Plaintiffs DARLENE MALDONADO and ANGEL MALDONADO, are dismissed, **with prejudice**, each party to pay its own costs and fees.

IT IS SO ORDERED ON THIS 13th day of April, 2012.

BY ORDER OF THE COURT:

_____
R. Brooke Jackson
U.S. DISTRICT COURT JUDGE

{7569.0857 Doc #:00241665;l}